**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**1st amended plan**

DEBTOR: Rayda Conde    JOINT DEBTOR: _____    CASE NO.: 14-34103-LMI
Last Four Digits of SS# 4883    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.    $ 1,834.07 for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3,650 TOTAL PAID $1,500 Balance Due $ 2,150
                   payable $ 86.00/month (Months 1 to 25)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Ocwen Loan Servicing          Arrearage on Petition Date  $6,000
Address: P.O. Box 24738          Arrears Payment   $ 100.00   /month (Months 1 to 60)
West Palm Beach, FL 33416        Regular Payment   $ 1,438.50 /month (Months 1 to 60)
Account No: 7190207824

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                    Total Due $_____
                           Payable   $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 26.17/month (Months 1 to 25) and Pay $ 112.17/month (Months 26 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Turbo Title Loan and will continue to pay said creditor directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____                    _____
Attorney for the Debtor                       Joint Debtor
Date: 12/12/15                                Date: _____

LF-31 (rev. 01/08/10)