UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:    Rayda Conde    Case No: 14-34103-LMI
    Chapter 13
_____Debtor_____/

## MOTION TO WAIVE REQUIREMENT OF WAGE DEDUCTION ORDER

COMES NOW, Rayda Conde, Debtor, by and through her undersigned counsel, and respectfully moves that this Honorable Court enter an order waiving the requirement of a Wage Deduction Order and as grounds, therefore, states as follows:

1. Debtor does not receive wages sufficient to fund her plan and receives additional funds from her family.

2. Debtor is requesting a waiver of the requirement to have a Wage Deduction Order in place.

WHEREFORE, Debtor respectfully requests that this Honorable Court enter an Order Waiving the Requirement of a Wage Deduction Order

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**

Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez_____
Robert Sanchez, Esq., FBN#0442161