UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Rayda Conde                                                  Case No: 14-34103-LMI
                                                                      Chapter 13

_____Debtor_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Waive Requirement of Wage Deduction Order and Notice of Hearing were sent to all interested parties on February 12, 2015.


Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
Robert Sanchez, Esq., FBN#0442161

| | | |
|---|---|---|
| American Honda Finance Corporation<br>1335 North measdow Pkwy #100<br>Roswell, GA 30076 | Asset Acceptance, LLC<br>c/o Amanda Duffy Esq.<br>PO BOX 290335<br>Tampa, FL 33687 | BAC Home Loans<br>18 Tapo Canyon<br>Simi Valley, CA 93083 |
| Bank of America<br>POB 982235<br>El Paso, TX 79998 | Capital One<br>POB 30281<br>Salt Lake City, UT 84130-0281 | Chase Bank<br>POB 15298<br>Wilmington, DE 19850 |
| DSNB/Macy's<br>POB 17759<br>Clearwater, FL 33762 | Enhanced Recovery Company<br>8014 Bayberry Road<br>Jacksonville, FL 32256 | Equiant Financial<br>5401 N Pima Road<br>Suite 150<br>Scottsdale, AZ 85250 |
| Expo/The Home Depot<br>POB 6497<br>Sioux Falls, SD 57117 | HSBC Bank<br>POB 9<br>Buffalo, NY 14240 | Internal Revenue Service<br>P.O. BOX 7346<br>Philadelphia, PA 19101-7346 |
| LTD Financial Services, L.P.<br>7322 SW Freeway<br>Suite 1600<br>Houston, TX 77074 | Midland Credit Management<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123-2255 | Ocwen Loan Servicing, LLC<br>POB 24738<br>West Palm Beach, FL 33416-4738 |
| Onewest Bank<br>6900 Beatrice Dr<br>Kalamazoo, MI 49009-9559 | Portfolio Recovery & Affil<br>120 Corporate Boulevard<br>Suite 1<br>Norfolk, VA 23502-4962 | Radio Shack<br>PO BOX 6497<br>Sioux Falls, SD 57117 |
| Saga Bay Gardens Condominium Assoc.<br>c/o Carlos A Triay, Esq.<br>2301 NW 87th Avenue<br>Suite 501<br>Miami, FL 33172 | Syncb/Rooms to Go<br>POB 965028<br>Orlando, FL 32896 | Turbo Title Loan<br>1440 N Dayton Street<br>Suite 200<br>Chicago, IL 60642 |