RE: _Rayda Conde_____    ☐ **PRO SE**    Case # _14-34103 LMI_

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION**

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

___ Tax returns: 2012 2013 2014 Corp 2012 2013 2014
     Bank Account Statements ☐ 3 months pre-petition
___ Check copy _____
___ FMV(NADA/Carmax), Reg and Payoff: Vehicles_____

X̶ Non homestead Information Sheet
     (motion to waive) 4/7

**BUSINESS DEBTOR DOCUMENTS**
___ BDQ & attachments ☐ Profit & Loss ☐ Balance Sheet
___ Bank statements and checks ☐ 3 months _____

___ Fee application (see court guideline 6)
___ Income understated _____ stubs _____ taxes
___ co-debtor _____ stubs _____ taxes
X̶ Spouse's pay advices/spouse's wages not disclosed
X̶ Proof of household size (government ID w/ address)
     and income of all adults
___ Best effort < 36 months < 60 months
___ Expenses objectionable: Sch J ☐ Provide Proof

___ D/I > 100% < 90% Feasibility
___ Info on transfer SOFA #3 #10 undisclosed
     ___Tolling Agreement(s)

___ ☐ Photo ID(s) ☐ LF 90 ☐ LF67 ☐ LF10
     Domestic Support Info: name address and phone
         support _____ rent
___ ☐ 2016(B) ☐ 401K/Retirement Stmts ☐ Life Ins. Policy
√ Other provisions ☑ IVL ☐ 100% ☐ lawsuit ☐ lease
         ☐ gambling ☐ HAMP ☐ LMM/MMM

___ Valuation motion ☐ not filed ☐ not resolved
___ LMM/MMM motion ☐ not filed
___ Reaffirm, redeem or surrender Sch D & G creditor
___ Creditor on plan not listed in Schedules or no filed POC
___ Priority debt on Sch E not in plan
___ Object or Conform to Proof of Claim
     ___Miami-Dade County ___Tax Certificate(DE#___)
     ___Dept of Revenue ___IRS

___ **Objection to Exemption (specifics to be filed)**
     To be heard with confirmation at 1:30 pm
X̶ Ch 7 s/b 23,888 equity in non
___ Good faith to unsecured homestead
___ Expenses: documentation/calculation: CMI line
___ CMI/DI _____ x 60 = _____
☐ Plus income/expenses issues ☐ Trustee est. $_____
___ Undervalued collateral should be crammed down

Other:_____
_____
_____

The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee (15 days before confirmation hearing) may not be considered or reviewed until the next hearing date. 5pm refers to the end of business on the hearing date.

**_IMPORTANT NOTICE: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION STATED BELOW, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR._**
_The debtor or debtor's attorney must appear at the confirmation hearing_

***The Trustee's recommendation for the confirmation hearing on **March 3, 2015** is as follows:
Continue to 4/7
**14-34103**
For 4/7 calendar, the following docs must be received by 5PM on 3/20 to avoid dismissal: a) spouse's pay advices/wages not disclosed, b) proof of household size/income of all adults, c) amend plan to include IVL, d) amend plan to pay CH7 of $23,888.00 (equity in non homestead)

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by,
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027, (954) 443-4402