UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
2nd amended plan

DEBTOR: Rayda Conde          JOINT DEBTOR:_____          CASE NO.: 14-34103-LMI
Last Four Digits of SS# 4883          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 1,834.07 for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3,650 TOTAL PAID $1,500 Balance Due $ 2,150
    payable $ 86.00/month (Months 1 to 25)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Ocwen Loan Servicing    Arrearage on Petition Date $6,000
Address: P.O. Box 24738    Arrears Payment  $ 100.00  /month (Months 1 to 60)
West Palm Beach, FL 33416    Regular Payment  $ 1,438.50  /month (Months 1 to 60)
Account No: 7190207824

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None_____    Total Due $_____
    Payable  $_____/month (Months____to____) Regular Payment $_____

Unsecured Creditors: Pay $ 26.17/month (Months 1 to 25) and Pay $ 112.17/month (Months 26 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Turbo Title Loan and will continue to pay said creditor directly outside the plan.
The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor _[signed]_        Joint Debtor _____
Date: 2/26/15        Date: _____

LF-31 (rev. 01/08/10)