

ORDERED in the Southern District of Florida on May 3, 2015.

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                  Case No. 14-34103-LMI

Rayda Conde                                             Chapter 13
              Debtor          /

### AGREED ORDER SUSTAINING OBJECTION TO CLAIM OF MANOR RESOURCES, LLC

**THIS MATTER** having come before the Court upon Debtor's Objection to Claim of Manor Resources, LLC d/b/a Turbo Title Loan, (claim #3). The Court being advised that the parties have agreed to entry of this order, and based on the record, IT IS;

**ORDERED AND ADJUDGED:**

1. The objection to the proof of claim of Manor Resources, LLC (claim #3) is SUSTAINED.

2. The claim is amended to reflect the agreement stated in the Objection.

3. The Debtor shall pay creditor $150.00 per month at a 5.25% interest rate on the claim; paid outside the plan.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.