**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE  DISTRICT OF FLORIDA– MIAMI DIVISION**

CASE NUMBER:  14-34103-LMI
CHAPTER 7

IN RE:
RAYDA CONDE,
DEBTOR(S)
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX6, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-FLX6, a secured creditor in the above-captioned proceeding, requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to Federal Rule of Bankruptcy Procedure 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned, and pursuant to Federal Rule of Bankruptcy Procedure 2002(g), requests that the following be added to the Court's master mailing list:

**Marian Kennady, Esq.
Van Ness Law Firm, PLC
1239 E. Newport Center Drive, Suite 110
Deerfield Beach, Florida 33442**

Dated:  May 11, 2015                    Respectfully Submitted by,

VAN NESS LAW FIRM, PLC
1239 E. Newport Center Drive, Suite 110
Deerfield Beach, Florida 33442
Phone (954) 708 -2328

By:   /s/ Marian G. Kennady
Marian G. Kennady, Esquire
Florida Bar No.:  379580
bankruptcy@vanlawfl.com

OC4737-14/jpc

## <u>CERTIFICATE OF SERVICE</u>

       I CERTIFY that a copy of the foregoing Notice of Appearance was served on May 11, 2015 by U.S. Mail or CM/ECF electronic filing on all parties in this action.

Dated:  May 11, 2015          <u>/s/ Marian Kennady</u>

                               Marian Kennady, Esq.

                               Florida Bar No.:  379580

OC4737-14/jpc