# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### 3rd amended plan

DEBTOR: Rayda Conde _____ JOINT DEBTOR:_____ CASE NO.: 14-34103-LMI

Last Four Digits of SS# __4883_____ Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

      A.    $ 2,031.49  for months _1_to _60_; in order to pay the following creditors:

<u>Administrative:</u>        Attorney's Fee - $ 3,650  TOTAL PAID $1,500  Balance Due$ 2,150
                          payable $ 143.33 _____/month (Months _1_ to _15_)

<u>Secured Creditors:</u> [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

| | |
|---|---|
| 1. Ocwen Loan Servicing _____ | Arrearage on Petition Date  $11,178.50 |
| Address: P.O. Box 24738 _____ | Arrears Payment  $ 186.31 ____/month (Months _1_to _60_) |
| West Palm Beach, FL 33416 _____ | Regular Payment  $ 1,438.50 ____/month (Months _1_to _60_) |
| Account No: 7190207824 _____ | |

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____To _____ | |

<u>Priority Creditors:</u> [as defined in 11 U.S.C. §507]

1. None _____     Total Due $_____
                           Payable   $_____/month (Months____to ___)   Regular Payment $_____

<u>Unsecured Creditors:</u> Pay $ 60.20/month (Months_1_to _15_) and Pay $ 203.53 /month (Months _16_to _60_).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Turbo Title Loan and will continue to pay said creditor directly outside the plan per Agreed Order ECF#67.
The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for Debtor                         Joint Debtor
Date: 06/10/2015 _____          Date:_____

LF-31 (rev. 01/08/10)