UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:    Rayda Conde              Case No: 14-34103-LMI
                                   Chapter 13

_____Debtor_____/

OBJECTION TO CLAIM

IMPORTANT NOTICE TO CREDITORS:
THIS IS AN OBJECTION TO YOUR CLAIM

    **This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

    **If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service stated in this objection, explaining why your claim should be allowed as presently filed, and you must mail a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

    **If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

    **Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court:**

☐    301 North Miami Avenue, Room 150, Miami, FL 33128

    Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtors object to the following claim(s) filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| <u>4</u> | Bank of New York / Shellpoint Mortgage Servicing | $179,446.92 | On or about April 20, 2015 creditor filed a secured proof of claim in the amount of $179,446.92 for real property. Said real property was surrendered and sold at foreclosure prior to the bankruptcy. Debtor requests the claim be stricken and disallowed. . |

LF-24 (rev. 02/15/05)

**I HEREBY CERTIFY** that a true copy of the foregoing was mailed this

9th day of November, 2015 to:

Shellpoint Mortgage Servicing
c/o Bruce Williams, CEO
P.O. Box 10826,
Greenville, SC 29603-0826

Bank of New York as Trustee for CWABS 2005-IM2
c/o Shellpoint Mortgage Servicing
ATTN: Michelle Mastandrea, Secured Bankruptcy Spec.
P.O. Box 10826
Greenville, SC 29603-0826
Michelle.mastandrea@shellpointmtg.com
mtgbk@shellpointmtg.com

| Bank of New York Mellon, Inc. | Bank of New York Mellon, Inc. |
|---|---|
| c/o Gerald Hassell, CEO | CT Corporation System, R.A. |
| 1 Wall Street | 1200 S. Island Road |
| New York, NY 10286 | Plantation, Florida 33324 |

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

                                         Respectfully Submitted:

                                         **Robert Sanchez, P.A.**
                                         Attorney for Debtor
                                         355 West 49th Street
                                         Hialeah, FL 33012
                                         Tel. 305-687-8008
                                         Fax. 305-512-9701

                                         By: /s/ Robert Sanchez_____
                                             [X]Robert Sanchez, Esq., FBN#0442161

LF-24 (rev. 02/15/05)