

## ORDERED in the Southern District of Florida on December 16, 2015.

*Laurel M. Isicoff, Judge*
**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:    Rayda Conde                                    Case No: 14-34103-LMI
                                                          Chapter 13

_____Debtor_____/

### ORDER SUSTAINING OBJECTION TO CLAIM OF BANK OF NEW YORK AS TRUSTEE FOR CWABS 2005-IM2 C/O SHELLPOINT MORTGAGE SERVICING

**THIS MATTER** having come to be heard on negative notice, no parties having responded within the required time frame which expired on December 10, 2015, the Court being fully advised on the premises, IT IS;

**ORDERED AND ADJUDGED:**

1. The objection to claim of Bank of New York as trustee for CWABS 2005-IM2 c/o Shellpoint Mortgage Servicing (claim #4) is SUSTAINED.

2. The claim of Bank of New York as trustee for CWABS 2005-IM2 c/o Shellpoint Mortgage Servicing (claim #4) is stricken and disallowed.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.