**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:    Rayda Conde                                    Case No: 14-34103-LMI

                                                         Chapter 13

_____Debtor_____/

## NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1)    ☒    No further action is necessary.

2)    The following actions have been taken:

   ☐    The debtor has filed an objection to the proof of claim filed by _____.

   ☐    The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____.

   ☐    Other: _____
        _____
        _____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on  March 28, 2016  .

                                      Submitted by:
                                      **ROBERT SANCHEZ, P.A.**
                                      Attorney for Debtor
                                      355 W 49th Street
                                      Hialeah, FL 33013
                                      Tel. (305) 687-8008

                                      By:/s/Robert Sanchez_____
                                       Robert Sanchez, Esq., FBN#0442161

LF-76 (rev. 12/01/09)