UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                              Case No. 14-34103-LMI

    Rayda Conde

        Debtor(s).                           Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, by and through her undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On October 30, 2014 the instant case was filed as a chapter 7 case.

2. On December 31, 2014, the instant case was converted to a chapter 13 case.

3. On July 21, 2015 Debtor's Third Amended Chapter 13 plan was confirmed paying 100% of all allowed unsecured claims.

4. On May 24, 2018, the Trustee issued her notice of delinquency stating the Debtor had until July 8, 2018 to become current with her payments.

5. In debtor's confirmed plan, the debtor was paying Deutsche Bank National Trust Company / c/o Ocwen Loan Servicing, LLC [POC#5] the arrears and the regular payments.

6. On June 4, 2018, Creditor issued the executed final modification agreement where the arrearages are treated in future payments and makes the Debtor paid current. In fact, the Debtor is now paid ahead through September 1, 2018.

7. The Debtor desires to modify her plan in order to become current with her plan payments and provide for Creditor outside the chapter 13 plan and directly to the Creditor.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's Fourth Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf to Nancy K. Neidich, Trustee and U.S. Mail on July 3, 2018:  to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*
    Robert Sanchez, Esq., FBN#0442161