## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORDIA
## MIAMI DIVISION

| | |
|---|---|
| In re: | ) CASE NO. 14-34103 |
| | ) JUDGE Laurel M Isicoff |
| Rayda Conde | ) |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

### DEUTSCHE BANK NATIONAL TRUST COMPANY'S NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

Now comes Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX6, MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-FLX6 ("Creditor"), by and through undersigned counsel, and hereby submits Notice to the Court of the Debtor's request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtor recently contacted Creditor requesting a forbearance period of 3 months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting 04/27/2020 through 07/26/2020. Creditor holds a secured interest in real property commonly known as 14606 NW 88 Ct, Miami Lakes, FL 33018, as evidenced by claim number 5 on the Court's claim register. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. If the Debtor desires to modify the length of the forbearance period or make arrangements to care for the forbearance period arrears, Creditor asks that the Debtor or Counsel for the Debtor make those requests through undersigned counsel.

Per the request, Debtor will resume Mortgage payments beginning 08/26/2020 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears"). Creditor has retained undersigned counsel to seek an agreement with Debtor regarding the cure of the forbearance arrears and submit that agreement to the Court for approval. If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

Robertson, Anschutz, & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Telephone: (470) 321-7112

By: /s/Keith Labell
Keith Labell, Esquire
Email: klabell@rasflaw.com

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing *Notice of Debtor's Request for Forbearance* was served upon the following parties in the following fashion on this 15th day of May 2020:

**Rayda Conde**
**14606 NW 88 Ct**
**Miami Lakes, FL 33018**

And via electronic mail to:

**Robert Sanchez, Esq.**
**355 W 49 St.**
**Hialeah, FL 33012**

**Nancy K. Neidich**
**POB 279806**
**Miramar, FL 33027**

**Office of the US Trustee**
**51 S.W. 1st Ave.**
**Suite 1204**
**Miami, FL 33130**

    Robertson, Anschutz, & Schneid, P.L.
    Authorized Agent for Secured Creditor
    6409 Congress Avenue, Suite 100
    Boca Raton, FL 33487
    Telephone: (470) 321-7112

    By: /s/Keith Labell
    Keith Labell, Esquire
    Email: klabell@rasflaw.com